AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| PAMELA RIZZO-ALDERSON <br><br> *Plaintiff(s)* <br> v. <br><br> EIHAB H. TAWFIK, M.D., P.A., <br> d/b/a CHRIST MEDICAL CENTER, and <br> EIHAB H. TAWFIK <br><br> *Defendant(s)* | Civil Action No. 5:17-CV-312-OC-37PRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EIHAB H. TAWFIK, M.D., P.A. d/b/a CHRIST MEDICAL CENTER
C/O GREEN SOLUTIONS ACCOUNTING FIRM, INC.
1404 NORTH RONALD REAGAN BLVD
SUITE 1120
LONGWOOD, FLORIDA 32750

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jay P. Lechner, Esq.
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, FL 33701
lechnerj@thefllawfirm.com
sonia@thefllawfirm.com; pleadings@thefllawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/7/17

*Signature of Clerk or Deputy Clerk*