# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 5:17 CV 312 OC 37 PRL

Plaintiff:
**PAMELA RIZZO-ALDERSON**

vs.


WPI2017003615

Defendant:
**EIHAB H TAWFIK M.D. P.A. D/B/A CHRIST MEDICAL CENTER and EIHAB H TAWFIK**

For:
Jay P Lechner, Esquire
Whittel & Melton LLC
One Progress Plaza
Suite 400
St. Petersburg, FL 33701

Received by Venture Investigations & Process Service on the 14th day of July, 2017 at 10:45 am to be served on **EIHAB H TAWFIK M.D., P.A. D/B/A CHRIST MEDICAL CENTER C/O GREEN SOLUTIONS ACCOUNTING FIRM INC, 1404 NORTH RONALD REAGAN BLVD, SUITE 1120, LONGWOOD, FL 32750.**

I, Erica L. Austin, being duly sworn, depose and say that on the **18th day of July, 2017 at 10:13 am, I:**

Served **EIHAB H TAWFIK M.D., P.A. D/B/A CHRIST MEDICAL CENTER** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **AUBREY HARRIS** as **RECEPTIONIST** for **EIHAB H TAWFIK M.D., P.A. D/B/A CHRIST MEDICAL CENTER**, at the address of: **1404 NORTH RONALD REAGAN BLVD, SUITE 1120, LONGWOOD, FL 32750**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 24, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 135, Hair: Dark Brown, Glasses: N

## AFFIDAVIT OF SERVICE For 5:17 CV 312 OC 37 PRL

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server or Certified Process Server, in good standing, in the judicial circuit in which the process was served.

STATE OF FLORIDA
COUNTY OF ORANGE

Subscribed and Sworn to before me on the 19th day of July, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

DESIREE GARCIA
Commission # GG 109925
Expires June 13, 2021
Bonded Thru Budget Notary Services

Erica L. Austin
CPS #18-0026, #0138

Venture Investigations & Process Service
P.O. Box 1132
Oldsmar, FL 34677-1132
(727) 771-9112

Our Job Serial Number: WPI-2017003615
Ref: P ALDERSON

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2g

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

7-18-17
1013A
ELA # 0138

PAMELA RIZZO-ALDERSON )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 5:17-CV-312-OC-37PRL
)
EIHAB H. TAWFIK, M.D., P.A., )
d/b/a CHRIST MEDICAL CENTER, and )
EIHAB H. TAWFIK )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EIHAB H. TAWFIK, M.D., P.A. d/b/a CHRIST MEDICAL CENTER
C/O GREEN SOLUTIONS ACCOUNTING FIRM, INC.
1404 NORTH RONALD REAGAN BLVD
SUITE 1120
LONGWOOD, FLORIDA 32750

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jay P. Lechner, Esq.
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, FL 33701
lechnerj@thefllawfirm.com
sonia@thefllawfirm.com; pleadings@thefllawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/7/17        _____
                    *Signature of Clerk or Deputy Clerk*