# IN THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

PAMELA RIZZO-ALDERSON, DEENA
BENENHALEY, EVELYN SARNO,
NICOLE RICHARDSON, TAMI YOUNG, on their
own behalf and on behalf of those similarly situated,

      Plaintiffs,

vs.                                       CASE NO.: 5:17-cv-312-OC-37PRL

EIHAB H. TAWFIK, M.D., P.A.,
d/b/a CHRIST MEDICAL CENTER,
a Florida Profit Corporation, and
EIHAB H. TAWFIK, individually,

      Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__   IS NOT   related to any pending or closed civil or criminal case filed with _____ _____ this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: 7/27/2017

                                                  Respectfully submitted,

                                                  /s/ Jay P. Lechner_____
                                                  Jay P. Lechner, Esq.

Florida Bar No.: 0504351
Jason M. Melton, Esq.
Florida Bar No.: 605034
**WHITTEL & MELTON, LLC**
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, Florida 33701
Telephone: (727) 822-1111
Facsimile: (727) 898-2001
Service Email:
lechnerj@theFLlawfirm.com
sonia@theFLlawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: _n/a_____.

/s/ Jay P. Lechner_____
Jay P. Lechner, Esq.