UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAMELA RIZZO-ALDERSON, DEENA
BENENHALEY, EVELYN SARNO,
NICOLE RICHARDSON, TAMI YOUNG, on their
own behalf and on behalf of those similarly situated,

        Plaintiffs,

v.                             Case No.: 5:17-cv-312-Oc-37PRL

EIHAB H. TAWFIK, M.D., P.A.,
d/b/a CHRIST MEDICAL CENTER,
a Florida profit corporation, and
EIHAB H. TAWFIK, individually,

        Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

      In accordance with Local Rule 1.04(d), I certify that the instant action:

_____    IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below

_X___  IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

      I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

      Dated:  August 11, 2017

                                        */s/ Michael A. Nardella*
                                        Michael A. Nardella, Esq.
                                        Florida Bar No. 051265
                                        Christian Graham, Esq.
                                          Florida Bar No. 94245
                                        Nardella & Nardella, PLLC
                                        250 East Colonial Drive, Suite 102
                                        Orlando, FL 32801
                                        Telephone: (407) 966-2680
                                        mnardella@nardellalaw.com

cgraham@nardellalaw.com
afebres@nardellalaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this August 11, 2017.  As such, the foregoing was served electronically upon all counsel below listed on August 11, 2017.

Jay. P. Lechner, Esq.
Jason M. Melton, Esq.
Whittel & Melton, LLC
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, Florida 33701
Pleadings@the FLlawfirm.com
lechnerj@theFLlawfirm.com
Sonia@theFLlawfirm.com
*Counsel for Plaintiffs*

*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.