**IN THE UNITED STATES
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

PAMELA RIZZO-ALDERSON, DEENA
BENENHALEY, EVELYN SARNO,
NICOLE RICHARDSON, TAMI YOUNG, on their
own behalf and on behalf of those similarly situated,

      Plaintiffs,

vs.                                            CASE NO.: 5:17-cv-312-Oc-37PRL

EIHAB H. TAWFIK, M.D., P.A.,
d/b/a CHRIST MEDICAL CENTER,
a Florida Profit Corporation, and
EIHAB H. TAWFIK, individually,

      Defendants.
_____/

**PLAINTIFFS MOTION FOR EXTENSION OF TIME TO ANSWER
COURT INTERROGATORIES FOR OPT-IN PLAINTIFFS**

Plaintiffs hereby respectfully request an extension of time up and through October 30, 2017, in which to file the Plaintiffs' Answers to Court Interrogatories, Plaintiffs' state as follows:

1.    On July 6, 2016, the Plaintiffs' filed the Wage Theft Collective/Class Action Complaint and Jury Demand (Doc. 001) in this matter.

2.    On August 15, 2017, the Court entered its Scheduling Order (Doc. 015) instructing Plaintiffs to file and serve their answers to the Court Interrogatories.

3.    Due to Hurricane Irma, Plaintiff's counsel and Plaintiffs in this action were displaced or otherwise preparing for the storm, and require additional time to obtain responses.

**WHEREFORE**, Plaintiffs respectfully request this Court to grant an extension up to and including October 30, 2017, to respond to the Court Interrogatories.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

On or about September 25, 2017, the undersigned counsel reached out to counsel for Defendant in good faith regarding the relief requested in the Motion and counsel for Defendant has no objection to the relief sought.

Respectfully submitted,
**WHITTEL & MELTON, LLC**
*/s/ Jay P. Lechner*
Jay P. Lechner, Esq.
Florida Bar No.: 0504351
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, Florida 33701
Telephone: (727) 822-1111
Facsimile: (727) 898-2001
lechnerj@theFLlawfirm.com
sonia@thefllawfirm.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: _n/a_____.

*/s/ Jay P. Lechner*
Attorney