UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAMELA RIZZO-ALDERSON, DEENA
BENENHALEY, EVELYN SARNO,
NICOLE RICHARDSON, TAMI YOUNG,
TAMMY REED, and MURPHY BLACK, on their
own behalf and on behalf of those similarly situated,

    Plaintiffs,

v.                        Case No.: 5:17-cv-312-Oc-37PRL

EIHAB H. TAWFIK, M.D., P.A.,
d/b/a CHRIST MEDICAL CENTER,
a Florida profit corporation, and
EIHAB H. TAWFIK, individually,

    Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

    Defendants, Eihab Tawfik, M.D., P.A., d/b/a Christ Medical Center, and Eihab H. Tawfik, by and through their undersigned counsel, hereby file this Suggestion of Bankruptcy indicating that a Chapter 11 Bankruptcy petition was filed on their behalf in the United States Bankruptcy Court, Middle District of Florida on April 11, 2018, which bears the case number 3:18-bk-01164-JAF. Pursuant to 11 U.S.C. § 362, an automatic stay may be in effect, in which any pending proceedings may be stayed pursuant to the aforementioned statutory authority, subject to any exceptions set forth therein. This pleading merely served the limited purpose of advising the Court and parties below, of the aforementioned bankruptcy proceeding.

    Dated: April 12, 2018.

                                              Respectfully submitted,

                                              *Michael A. Nardella*
                                              Michael A. Nardella, Esq.

1

Florida Bar No. 051265
Christian J. Graham, Esq.
Florida Bar No. 94245
**Nardella & Nardella, PLLC**
250 East Colonial Drive, Suite 102
Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com
afebres@nardellalaw.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 12th day of April, 2018. As such, the foregoing was served electronically upon all counsel below listed on April 12, 2018.

Jay. P. Lechner, Esq.
Jason M. Melton, Esq.
Whittel & Melton, LLC
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, Florida 33701
Pleadings@the FLlawfirm.com
lechnerj@theFLlawfirm.com
Sonia@theFLlawfirm.com

*Counsel for Plaintiffs*

*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.