UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAMELA RIZZO-ALDERSON; DEENA
BENEHALEY; EVELYN SARNO;
NICOLE RICHARDSON; TAMI
YOUNG; TAMMY REED; and
MURPHY BLACK,

       Plaintiffs,

v.                                   Case No. 5:17-cv-312-Oc-37PRL

EIHAB H. TAWFIK, M.D., P.A.; and
EIHAB H. TAWFIK,

       Defendants.
_____

**ORDER**

Following the default judgment entered in favor of Plaintiffs Tami Young, Murphy

Black, Deena Benehaley, and Pamela Rizzo-Alderson (collectively "**Prevailing**

**Plaintiffs**") (Doc. 53; *see also* Doc. 51), they moved for attorney's fees and costs under to

the Fair Labor Standards Act, 29 U.S.C. § 216(b). (Docs. 55, 56 (collectively "**Motions**").)

On referral, U.S. Magistrate Judge Philip R. Lammens recommends granting in part and

denying in part the Motions. (Doc. 59 ("**R&R**").) Specifically, Magistrate Judge Lammens

found the Prevailing Plaintiffs are entitled to an award of $15,106.00 in attorney's fees

and $530.00 in costs, rather than the higher amounts requested. (*Id.* at 2–9.)

The parties did not object to the R&R, and the time for doing so has now passed.

As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo*

*Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see*

*also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 59) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiffs' Verified Motion for Attorney's Fees Pursuant to 29 U.S.C. § 216(b) and Local Rule 4.18 (Doc. 55) is **GRANTED IN PART AND DENIED IN PART**.

    a. The Motion is **GRANTED** to the extent the Clerk is **DIRECTED** to enter an attorney's fee judgment in favor of Plaintiffs Tami Young, Murphy Black, Deena Benehaley, and Pamela Rizzo-Alderson and against Defendant Eihab H. Tawfik in the amount of $15,106.00.

    b. In all other respects, the Motion is **DENIED**.

3. Plaintiffs' Motion to Tax Costs (Doc. 56) is **GRANTED IN PART AND DENIED IN PART**:

    a. The Motion is **GRANTED** to the extent the Clerk is **DIRECTED** to enter a cost judgment in favor of Plaintiffs Tami Young, Murphy Black, Deena Benehaley, and Pamela Rizzo-Alderson and against Defendant Eihab H. Tawfik in the amount of $530.00.

    b. In all other respects, the Motion is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 24, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro se* Party