## IN THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

PAMELA RIZZO-ALDERSON, DEENA
BENENHALEY, EVELYN SARNO,
NICOLE RICHARDSON, TAMI YOUNG,
TAMMY REED and MURPHY BLACK

      Plaintiffs,

vs.                                        CASE NO.: 5:17-cv-312-Oc-37PRL

EIHAB H. TAWFIK, M.D., P.A.,
d/b/a CHRIST MEDICAL CENTER,
a Florida Profit Corporation, and
EIHAB H. TAWFIK, individually,

      Defendants.
_____/

## SUGGESTION OF DEATH UPON THE RECORD

      Plaintiffs, by and through undersigned counsel, hereby suggest upon the record, pursuant to Fed. R. Civ. P. Rule 25(a)(1) the death of Plaintiff Tammy Reed, during the pendency of this action.

                                                    Respectfully submitted,
                                                    **WHITTEL & MELTON, LLC**
                                                     */s/ Jason M. Melton*
                                                     Jason M. Melton, Esq.
                                                     Florida Bar No.: 605034
                                                     William J. Sheslow, Esq.
                                                     Florida Bar No.: 92042
                                                     11020 Northcliffe Boulevard
                                                     Spring Hill, Florida 34608
                                                     Telephone: (352)683-2016
                                                     Facsimile: (352) 556-4839
                                                     Jason@theFLlawfirm.com
                                                     Will@theFLlawfirm.com
                                                     Pleadings@theFLlawfirm.com
                                                     Jwalsh@theFLlawfirm.com
                                                     Pls@theFLlawfirm.com
                                                     *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF that will send notice to those counsel or parties who are authorized to receive electronically Notice of Electronic Filing.

*/s/ Jason M. Melton*
Jason M. Melton, Esq.