IN THE UNITED STATES
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAMELA RIZZO-ALDERSON, DEENA
BENENHALEY, EVELYN SARNO,
NICOLE RICHARDSON, TAMI YOUNG,
TAMMY REED and MURPHY BLACK

      Plaintiffs,

vs.                                              CASE NO.: 5:17-cv-312-Oc-37PRL

EIHAB H. TAWFIK, M.D., P.A.,
d/b/a CHRIST MEDICAL CENTER,
a Florida Profit Corporation, and
EIHAB H. TAWFIK, individually,

      Defendants.
_____/

## PLAINTIFFS' STATUS REPORT

Plaintiffs, Pamela Rizzo-Alderson, Deena Benehaley, Evelyn Sarno, Nicole Richardson, Tami Young, Tammy reed and Murphy Black, through undersigned counsel hereby files this Status Report and Response to Order to Show Cause pursuant to the Court's Show Cause Order (Doc. 64) issued on January 14, 2021.

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

Undersigned apologizes for the oversight that created the court's Order. Plaintiff's counsel was mistaken and under the misimpression that the Stay ordered by the Bankruptcy Court prevented us from any pleadings in this matter. Since the Court's Order, Plaintiffs have filed two (2) Suggestions of Death and four (4) Notices of Voluntary Dismissal. Plaintiffs expect to be filing a pleading shortly as to the seventh and final Plaintiff. Again, Plaintiffs' Counsel apologize for the oversight.

## FACTUAL BACKGROUND

1.     On July 6, 2017 Plaintiffs filed a Class Action Complaint against Eihab Tawfik, M.D. individually and Christ Medical Center alleging violation of the Fair Labor Standards Act, specifically 29 U.S.C. § 201, *et seq*. Worker Adjustment and Retraining Notification Act of 1998 (the "Warn Act") and Article X, Sec. 24 of the Florida Constitution (Doc 1).

2.     On July 21, 2017 the Plaintiff's filed an Amended Class Action Complaint against the above-referenced Defendants (Doc. 7).

3.     On October 5, 017 the Plaintiffs filed a Second Amended Class Action Complaint (Doc. 22).

4.     On April 13, 2018 Defendants Eihab Tawfik M.D., P.A., d/b/a Christ Medical Center filed, with this Court, a Suggestion of Bankruptcy (Doc. 35).  Pursuant to the filing of the Defendants' bankruptcy, Case No.: 3:18-bk-01164-JAF, an automatic stay of the instant action was imposed under 11.U.S.C. § 362.

**Defendant Tawfik**

5.     On or about September 14, 2018, during the pendency of the Automatic Stay under 11.U.S.C. § 362, counsel for the Defendants Tawfik and Christ Medical Center filed a Motion to Withdraw as Counsel (Doc. 40).

6.     On September 19, 2018 this Court granted Counsel's Motion to Withdraw (Doc. 41).  Since that time, Defendant was and has not been represented by counsel.

7.     On approximately September 15, 2019, Defendant Tawfik passed away.

**Plaintiffs Reed and Young**

8.     On or about August 20, 2019 Plaintiff Tammy Reed passed away.  Counsel for Ms. Reed filed a Suggestion of Death with the Court (Doc. 66).

9.     On or about July 22, 2020 Plaintiff Tami Young also passed away.  Counsel for

Ms. Young filed a Suggestion of Death with the Court (Doc. 67.)

**Plaintiff's Rizzo-Alderson, Black, Sarno and Richardson**

10.Ms. Rizzo-Alderson, Ms. Black, Ms. Sarno and Ms. Richardson, all filed Notices of Voluntary Dismissal with Prejudice of their respective claims (Doc. 68, Doc. 69, Doc.70, Doc. 71).

**Plaintiff Benehaley**

11.Undersigned expects to be filing a pleading in February of 2021.

**Automatic Stay Under 11.U.S.C. § 362**

12.Although a Default Judgment was entered in the Instant Case on May 21, 2019, the Automatic Stay 11.U.S.C. § 362, predated the Default Judgment. As a result, Plaintiff believed the stay limited Plaintiffs' ability to pursue their claims.

13.At the time of the Court's Show Cause Order, Plaintiff's Counsel continued to operate under 11 U.S.C. § 362(a)(2) that mandates that Plaintiffs' efforts to pursue the Instant Action were stayed as to "enforcement, against the debtor, or against property, of the estate, of a judgment obtained before commencement of the case." Counsel mistakenly believed this prevented Plaintiffs from filing a Status Report, despite the Court's direction on May 21, 2020 (Doc. 63).

## CONCLUSION

The original claims of all Plaintiffs consisted of 7 Plaintiffs. Since the Court's order undersigned has informed the Court that 2 of the Plaintiffs have unfortunately passed and 4 of the Plaintiffs have notified the Court of its dismissal. Plaintiffs expect to notify the Court of the final Plaintiff next month.

Plaintiffs apologize for the oversight and mistaken belief regarding the stay from

Bankruptcy.

WHEREFORE, Counsel for Plaintiffs pray this Court will discharge its Order to Show Cause (Doc. 64) and other such relief the Court Deems proper under the circumstances.

                                                                    Respectfully submitted,
                                                                    **WHITTEL & MELTON, LLC**
                                                                    */s/ Jason M. Melton*
                                                                    Jason M. Melton, Esq.
                                                                    Florida Bar No.: 605034
                                                                    William J. Sheslow, Esq.
                                                                    Florida Bar No.: 92042
                                                                    11020 Northcliffe Boulevard
                                                                    Spring Hill, Florida 34608
                                                                    Telephone: (352)683-2016
                                                                    Facsimile: (352) 556-4839
                                                                    Jason@theFLlawfirm.com
                                                                    Will@theFLlawfirm.com
                                                                    Pleadings@theFLlawfirm.com
                                                                    Jwalsh@theFLlawfirm.com
                                                                    Pls@theFLlawfirm.com
                                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27th, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF that will send notice to those counsel or parties who are authorized to receive electronically Notice of Electronic Filing.

                                                                    */s/ Jason M. Melton*
                                                                    Jason M. Melton, Esq.